DEL HARDY, ESQ. (SBN 1172)
HARDY LAW GROUP
98 Winter Street
Reno, NV 89503
(P) 775-786-5800
(F) 775-329-8282
email: del@hardylawgroup.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

NORTHEAST PROPERTIES, LLC, et al.

           Plaintiffs,

vs.

PAUL MORABITO,

           Defendants.
_____/

Case No.: 3:08-CV-00606-LRH-RAM

**STIPULATION TO DISMISS WITH PREJUDICE**

    COMES NOW Defendant, PAUL MORABITO, (hereinafter "MORABITO"), by and through his counsel, E. LEIF REID, ESQ., and DARREN J. LEMIEUX, ESQ., of LEWIS & ROCA, LLP, and hereby stipulates with Plaintiffs, NORTHEAST PROPERTIES, LLC, DAN GLUHAICH, LARRY WILLARD and HORACE WILLARD, by and through their counsel, DEL HARDY, ESQ., of THE HARDY LAW GROUP, 98 Winter Street, Reno, Nevada 89503, that the above-entitled matter shall be dismissed against MORABITO with prejudice, in that the

///

///

///

///

///

Hardy Law Group
98 Winter Street
Reno, NV 89503
(P) 775-786-5800
(F) 775-329-8282

iMac:Users:mark:Desktop:PARALEGAL:DH:GLUHAICH/NORTHEAST PROPERTIES:STIP TO DISMISS.doc    1

parties have reached a settlement in this matter.

DATED this 23 day of November, 2009.          DATED this ___ day of November, 2009.

HARDY LAW GROUP                                LEWIS & ROCA, LLP

_____                _____
DEL HARDY, ESQ. (SBN 1172)                     E. LEIF REID, ESQ.
98 Winter Street                               DARREN J. LEMIEUX, ESQ.
Reno, NV 89503                                 50 W. Liberty St., Ste. 410
(P) 775-786-5800                               Reno, NV 89501
(F) 775-329-8282                               (P) 775-823-2600
email: del@hardylawgroup.com                   (F) 775-823-2612

IT IS SO ORDERED.

DATED this _____ day of _____, 2009.

_____
DISTRICT JUDGE

Hardy Law Group
98 Winter Street
Reno, NV 89503
(P) 775-786-5800
(F) 775-329-8282

iMac:Users:mark:Desktop:PARALEGAL:DH:GLUHAICH/NORTHEAST PROPERTIES:STIP TO DISMISS.doc        2